# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3793

_____

| | | |
|---|---|---|
| Michael H. Brown, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Janet Reno; John W. Magaw; Edward | * | Western District of Missouri. |
| L. Dowd, Jr.; Stephen L. Hill, Jr.; | * | |
| J. Robert Switzer, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: July 18, 2000
Filed: July 24, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Michael Brown appeals following the district court's[1] dismissal of his "Petition for Declaratory and Injunctive Relief" and its subsequent refusal to reconsider the dismissal order. After carefully reviewing the record and the parties' briefs, we

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

-1-

conclude the court neither erred in dismissing Brown's petition, nor abused its discretion in denying his motion for reconsideration.

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B. We also deny Brown's motion on appeal because he seeks to introduce material that was not before the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.